Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Peterson - State Bar No. 261303
hmp@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2361 Rosecrans Avenue, Fourth Floor
El Segundo, California  90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiffs Kmetz, Morris, Hauter, Palomares, and all others similarly situated*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KMETZ, JOE MORRIS<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR CORPORATION<br>_____<br><br>HEATHER A. LANE<br><br>v.<br><br>TOYOTA MOTOR SALES, USA, INC.<br>_____<br><br>DALE BALDISEERI<br><br>v.<br><br>TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC., AND TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.<br>_____<br><br>JOSEPH HAUTER, FRANK | Case Nos.<br><br>2:09-CV-08478 AHM-FMO<br>2:09-CV-09158 GAF-FMO<br>2:09-CV-09386 GAF-FMO<br>8:10-CV-00105 AHM-FMO<br>2:10-CV-00710 AHM-FMO<br>2:10-CV-00799 AHM-FMO<br>2:10-CV-00942 SJO-FFM<br>2:10-CV-01030 RGK-PLA<br>2:10-CV-01039 AHM-SS<br>2:10-CV-01094 GAF-VBK<br>2:10-CV-01153 GW-AJW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS AND RELATED CASES** |

02208-00001   0138836.01

| | |
|---|---|
| 1 | PALOMARES )
| 2 | v. )
| 3 | TOYOTA MOTOR SALES, U.S.A., ) INC., TOYOTA MOTOR )
| 4 | CORPORATION )
| 5 | _____ )
| | ROZ SCHWARTZ )
| 6 | )
| 7 | v. )
| | TOYOTA MOTOR SALES, USA, INC. )
| 8 | AND TOYOTA MOTOR CORP. )
| 9 | _____ )
| | MATTHEW MARR, LUIS )
| 10 | FERNANDEZ, AND SYLVIA ) FERNANDEZ )
| 11 | )
| | v. )
| 12 | )
| | TOYOTA MOTOR SALES, USA, INC. )
| 13 | AND TOYOTA MOTOR CORP. )
| 14 | _____ )
| | PETER WISNER )
| 15 | )
| | v. )
| 16 | )
| | TOYOTA MOTOR CORPORATION )
| 17 | AND TOYOTA MOTOR SALES USA ) INC. )
| 18 | _____ )
| 19 | LACEY LAUDICINA, KEVIN FUNEZ )
| 20 | v. )
| | TOYOTA MOTOR CORPORATION )
| 21 | AND TOYOTA MOTOR SALES, USA, ) INC. )
| 22 | _____ )
| 23 | RHONDA TALBOT )
| 24 | v. )
| 25 | TOYOTA MOTOR NORTH ) AMERICA, INC., TOYOTA MOTOR )
| 26 | ENGINEERING & ) MANUFACTURING NORTH )
| 27 | AMERICA, INC., AND TOYOTA ) MOTOR SALES, U.S.A., INC. )
| 28 | _____ )

KIRTLAND & PACKARD LLP
LAW OFFICES

02208-00001  0138836.01                                     -2-
PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS AND RELATED CASES

| | | |
|---|---|---|
| 1 | KERRI MADDEN | ) |
| 2 | v. | ) ) |
| 3 | TOYOTA MOTOR SALES, USA, INC., TOYOTA MOTOR NORTH | ) ) |
| 4 | AMERICA, INC., TOYOTA MOTOR ENGINEERING & | ) ) |
| 5 | MANUFACTURING NORTH AMERICA, INC.,  TOYOTA MOTOR | ) ) |
| 6 | MANUFACTURING, CALIFORNIA, INC., AND TOYOTA MOTOR | ) ) |
| 7 | CORPORATION | ) ) |
| 8 | | ) |
| 9 | KATY BOYASK | ) ) |
| 10 | v. | ) ) |
| 11 | TOYOTA MOTOR SALES, USA, INC. AND TOYOTA MOTOR CORP. | ) ) |
| 12 | | ) |

02208-00001  0138836.01                                    -3-

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civ. L.R. 83-1.4.3, Plaintiffs hereby notify the Court and all parties of record that, to the best of their knowledge, the instant action, along with all actions listed in Exhibits A and B, attached hereto, are the subject of, or are related to, currently pending petitions for coordination or consolidation before the Judicial Panel on Multidistrict Litigation, MDL-2151, *In re Toyota Motor Corp. Defective Gas Pedal Product Liability Litigation*.  The next scheduled date for an MDL hearing is March 25, 2010 in San Diego. The pending petition has not yet been set for hearing but is expected to be set in the near future. Attached as Exhibit C is a list of those Central District of California actions currently listed on the Master Docket of the MDL.

Pursuant to Civ. L.R. 83-1.3 and 83-1.4, Plaintiffs hereby notify the Court and all parties of record that 20 actions have been filed in the United States District Court, Central District of  California, arising from the same or related events as those set forth in the Complaint filed by plaintiffs and calling for determination of similar questions of law and fact.  These actions are listed in Exhibit A attached hereto.  Counsel in those actions are listed in Exhibit D.

Pursuant to Civ. L.R. 83-1.4, Plaintiffs further notify the Court and all parties of record that an additional 47 actions have been filed in various United States District Courts throughout the nation, arising from the same or related events as those set forth in the complaint filed by Plaintiffs and calling for determination of similar questions of law and fact.  These actions are listed in Exhibit B attached hereto.  Counsel in those actions are listed in Exhibit D.

Plaintiffs believe that these actions constitute related actions within the meaning of Civ. L.R. 83-1.3 and 83-1.4 because they all stem from the alleged tendency of Toyota and Lexus branded (collectively "Toyota") vehicles to experience events of sudden, unintended, and uncontrollable acceleration.  Although the various complaints generally allege that this tendency has existed in Toyota

vehicles since approximately 2001, when Toyota first switched from mechanical linkages between the accelerator pedal and the throttle control, these cases have generally been filed subsequent to the high-profile death of California Highway Patrol Officer Mark Saylor while driving a Lexus ES350 vehicle on August 28, 2009.

The national press coverage given to this incident forced Toyota to initiate a series of recalls beginning on September 29, 2009 and continuing through the present related to problems with its vehicles, blaming the acceleration issue first on aftermarket or improperly installed floor mats, and later, on worn accelerator pedal assemblies that could "stick" in a partially depressed position.

All of the related suits generally allege that plaintiffs have suffered injury due to these recalls and the loss of value suffered by plaintiffs' vehicles, and asking for injunctive relief, restitution, and damages. Many of these suits further allege that Toyota's current recalls are insufficient because the floor mats and "sticky pedals" are not the sole problems with these vehicles, and that a more systemic problem related to Toyota's electronic throttle control system exists. All of these suits are filed as putative class actions, alleging statewide classes, nationwide classes, or both.

For the foregoing reasons, Plaintiffs believe that all of the suits listed in Exhibit A, filed in the Central District of California, are related cases within the meaning of Civ. L.R. 83-1.3, and that all of the suits listed in Exhibit B, filed in various district courts throughout the nation, involve all or a material part of the same subject matter as the instant action, within the meaning of Civ. L.R. 83-1.4.

RESPECTFULLY SUBMITTED,

DATED: February 19, 2010

By: /s/ Behram V. Parekh

Michael Louis Kelly
Behram V. Parekh
Heather M. Peterson
**Kirtland & Packard LLP**

2361 Rosecrans Ave., 4th Fl.
El Segundo, CA 90232
Tel: (310) 536-1000
Fax: (310) 536-1001
mlk@kirtlandpackard.com
bvp@kirtlandpackard.com
hmp@kirtlandpackard.com

*Counsel for Plaintiffs Kmetz, Morris, Hauter, Palomares, and all others similarly situated.*

By:   /s/ Ben Barnow

Gene J. Stonebarger
**Stonebarger Law, APC**
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
916-235-7140 tel.
916-235-7141 fax
gstonebarger@stonebargerlaw.com

Ben Barnow
Sharon Harris
**Barnow & Associates PC**
One North LaSalle Street Suite 4600
Chicago, IL 60602
312-621-2000
Fax: 312-641-5504
Email: b.barnow@barnowlaw.com

Shpetim Ademi
David Syrios
**Ademi & O'Reilly, LLP**
3620 E. Layton Ave
Cudahy, WI 53110
Tel: 414-482-8000
Fax: 414-482-8001

Aron D. Robinson
**Law Offices of Aaron Robinson**
19 S. LaSalle St.
Ste. 1200
Chicago, IL 60603
Tel: 312-857-9050

*Counsel for Plaintiff Lane, and all others similarly situated.*

|     |                                                                                                           |
| --- | --------------------------------------------------------------------------------------------------------- |
| 1   | By:  /s/ Ira Spiro                                                                                        |
| 2   | H. Scott Leviant                                                                                          |
| 3   | Ira R. Spiro<br>J. Mark Moore                                                                             |
| 4   | **Spiro Moss LLP**<br>11377 West Olympic Boulevard 5th Floor                                              |
| 5   | Los Angeles , CA 90064<br>Tel: (310) 235-2468                                                             |
| 6   | Fax: (310) 235-2456<br>Email: ira@spiromoss.com                                                           |
| 7   | David M. Arbogast                                                                                         |
| 8   | **Arbogast & Berns LLP**<br>6303 Owensmouth Avenue 10th Floor                                             |
| 9   | Woodland Hills, CA 91367-2263<br>818-961-2000                                                             |
| 10  | Fax: 818-936-0232<br>Email: darbogast@law111.com                                                          |
| 11  | *Counsel for Plaintiff Baldiseeri, and all*                                                               |
| 12  | *others similarly situated.*                                                                              |
| 13  | By:  /s/ Michael M. Goldberg                                                                              |
| 14  | Lionel Z. Glancy                                                                                          |
| 15  | Michael M. Goldberg<br>Marc Godino                                                                        |
| 16  | **Glancy Binkow and Goldberg LLP**<br>1801 Avenue of the Stars, Ste. 311                                  |
| 17  | Los Angeles, CA 90067<br>Tel: 310-201-9150                                                                |
| 18  | Fax: 310-201-9160<br>Email: mgoldberg@glancylaw.com                                                       |
| 19  | *Counsel for Plaintiffs Marr, Fernandez,*                                                                 |
| 20  | *Fernandez, and all others similarly situated.*                                                           |
| 21  | By:  /s/ Mark J. Tamblyn                                                                                  |
| 22  | Kenneth A Wexler                                                                                          |
| 23  | **Wexler Wallace LLP**<br>55 West Monroe St, Suite 3300                                                   |
| 24  | Chicago, IL 60603<br>Tel: 312-346-2222                                                                    |
| 25  | Fax: 312-346-0022<br>Email: kaw@wexlerwallace.com                                                         |

Left margin: KIRTLAND & PACKARD LLP — LAW OFFICES

Mark J Tamblyn
**Wexler Wallace LLP**
455 Capitol Mall Suite 231
Sacramento, CA 95814
Tel: 916-492-1100
Fax: 916-492-1124
Email: mjt@wexlerwallace.com

*Counsel for Plaintiff Wisner, and all others similarly situated.*

By: /s/ Steven G. Sklaver

Marc M. Seltzer
Steven G. Sklaver
Ryan C. Kirkpatrick
**Susman Godfrey L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Sherrie R. Savett
Jon Lambiras
Jeff Osterwise
**Berger & Montague, PC**
1622 Locust Street
Philadelphia, PA 19103

*Counsel for Plaintiffs Schwartz, Boyask and all others similarly situated.*

By: /s/ Denyse F. Clancy

Daniel E. Becnel
Matthew B Moreland
**Becnel Law Firm LLC**
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
985-536-1186
Fax: 985-536-6445

Denyse F. Clancy
**Baron & Budd PC**
3102 Oak Lawn Avenue Suite 1100
Dallas, TX 75219
214-521-3605
Fax: 214-520-1181
Email: dclancy@baronbudd.com

02208-00001   0138836.01                  -8-
PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS AND RELATED CASES

Jerrold S Parker
**Parker Waichman Alonso LLP**
111 Great Neck Road
Great Neck, NY 11021
516-740-7711
Fax: 516-740-7811

*Counsel for Plaintiff Talbot and all others similarly situated.*

By:   /s/ Patrick J. Sheehan

Alan M Mansfield
**The Consumer Law Group**
9466 Black Mountain Road Suite 225
San Diego, CA 92126
619-308-5034
Fax: 888-341-5048
Email: alan@clgca.com

Brian W Smith
**Smith and Vanture LLP**
1615 Forum Place Suite 4C
West Palm Beach, FL 33401
561-684-6330
Fax: 561-688-0630

Patrick J Sheehan
**Whatley Drake Kallas LLC**
1540 Broadway 37th Floor
New York, NY 10036
212-447-7070
Fax: 212-447-7077

Thomas D Mauriello
**Mauriello Law Firm**
1181 Puerta Del Sol Suite 120
San Clemente, CA 92673
949-542-3555
Fax: 949-606-9690
Email: tomm@maurlaw.com

W Daniel Miles , III
**Beasley Allen Crow Methvin Portis & Miles PC**
272 Commerice Street
Montgomery, AL 36103
334-269-2343
Fax: 334-954-7555
Email: dee.miles@beasleyallen.com

*Counsel for Plaintiffs Laudicina, Funez, and all others similarly situated.*

|   |   |
|---|---|
| 1 |   |
| 2 | By:   /s/ Brian R. Strange |
| 3 | Brian R. Strange<br>Gretchen Carpenter<br>John Peter Ohanesian |
| 4 | **Strange & Carpenter**<br>12100 Wilshire Boulevard Suite 900 |
| 5 | Los Angeles, CA 90025<br>310-207-5055 |
| 6 | Fax: 310-826-3210<br>Email: lacounsel@earthlink.net |
| 7 | gcarpenter@strangeandcarpenter.com<br>johanesian@strangeandcarpenter.com |

*Counsel for Plaintiff Madden and all others similarly situated.*